**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7813**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ALLEN MORSLEY, a/k/a Raleek, a/k/a Baldhead,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge. (CR-93-102, CA-97-302-5-F)

———————————

Submitted: July 22, 1998          Decided: August 4, 1998

———————————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Frank J. Hancock, Forest Hills, New York, for Appellant. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Allen Morsely appeals the district court's order denying his motion to supplement his 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) motion and the district court's order denying his motion for reconsideration of the denial of his motion to amend the court's findings pursuant to Fed. R. Civ. P. 52(b).[*] We have reviewed the record and the district court's opinion and find no reversible error. The district court did not abuse its discretion in denying the post-judgment motion to supplement the § 2255 motion, or the untimely Rule 52(b) motion. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] We note that the notice of appeal was not timely as to the underlying denial of Morsely's § 2255 motion, so we are without jurisdiction to consider that order.

2